UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| STEPHEN D. SIRABELLA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:12-CV-12188-GAO |
| v. ) | |
| ) | ECF Case |
| COALITION TO ADVANCE THE PROTECTION OF ) | |
| SPORTS LOGOS d/b/a CAPS ) | **FINAL ORDER AND** |
| ) | **JUDGMENT ON** |
| Defendant. ) | **CONSENT** |
| ) | |
| ) | |
| ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WHEREAS, on November 23, 2012, Plaintiff Stephen D. Sirabella commenced

this action against Defendant Coalition to Advance the Protection of Sports logos

("CAPS") seeking, *inter alia*, a declaration that sports championship rings sold or

distributed by Sirabella do not violate any trademark rights owned by CAPS members

NFL Properties LLC, NHL Enterprises L.P., NBA Properties, Inc., Major League

Baseball Properties, Inc. and The Collegiate Licensing Company LLC (collectively, the

"Members");

WHEREAS, on February 12, 2013, CAPS moved to dismiss the action, pursuant

to Federal Rule of Civil Procedure 12(b)(2), on the grounds that the Court lacks personal

jurisdiction over CAPS; and

WHEREAS, Stephen D. Sirabella and CAPS wish to resolve the disputed issues in this action, without the need for further litigation, on the following terms and conditions;

NOW, THEREFORE, it is hereby:

1.   ORDERED that Stephen D. Sirabella and any employees, related companies, entities owned or controlled by him and all persons or entities acting in concert or participation with him (collectively, "Sirabella"), are permanently enjoined and restrained from, either directly or through any third party, producing, displaying, advertising, promoting, distributing, selling or offering for sale, through any form of distribution channel including, but not limited to, eBay, websites or other online or Internet-based platforms, any ring that uses, in any manner: (i) the names, trademarks, copyrights, symbols, emblems, designs, logos, photographs, uniform designs, team colors or other identifiers, owned, controlled, applied for and/or registered by the Members and/or the Members' respective teams, leagues, organizations and/or collegiate institutions (collectively, the "Marks"); (ii) any derivation or colorable imitations of the Marks; or (iii) any name, mark, design, logo or image confusingly similar to or likely to dilute the Marks (any such rings using, in any manner, (i), (ii) or (iii) are defined as "Member Rings"). The Marks include, but are not limited to, those depicted in Exhibit A. Member Rings enjoined by this Paragraph 1 include, but are not limited to, those depicted in Exhibit B.

2

2.    IT IS FURTHER ORDERED that provided Sirabella has delivered to CAPS as of the date of this Final Order and Judgment on Consent all inventory, specimens and/or samples of the Member Rings covered by Paragraph 1 above, other than those Member Rings previously sold to consumers, CAPS shall, within ten (10) days of the date of this Final Order and Judgment on Consent, permanently dispose of all said inventory, specimens and/or samples of Member Rings received from Sirabella, other than as necessary for purposes related to maintaining a record of the evidence collected in connection with this matter. In no event shall such evidence be sold or otherwise distributed to the public.

3.    IT IS FURTHER ORDERED that Sirabella hereby releases and discharges CAPS, its Members and their respective teams, leagues, organizations and/or collegiate institutions as well as their respective officers, directors, shareholders, partners, members, agents, representatives, servants, employees, licensees, franchisees, attorneys, parent companies, subsidiaries, related and affiliated companies, successors and assigns and all entities operated and/or controlled by any of them or in active concert or participation with any of them from any and all trademark infringement related suits, claims, causes of action, damages, and liabilities of any kind, in law or equity, known or unknown, asserted or unasserted, and regardless of whether discoverable, arising from or relating to the Member Rings that are the subject of this action and/or the Members' use of and/or enforcement of their rights in the Marks, through the date of this Final Order and Judgment on Consent.

4.     IT IS FURTHER ORDERED that CAPS, its Members and their respective teams, leagues, organizations and/or collegiate institutions as well as their respective officers, directors, shareholders, partners, members, agents, representatives, servants, employees, licensees, franchisees, attorneys, parent companies, subsidiaries, related and affiliated companies, successors and assigns and all entities operated and/or controlled by any of them or in active concert or participation with any of them hereby release and discharge Sirabella from any and all trademark infringement related suits, claims, causes of action, damages, and liabilities of any kind, in law or equity, known or unknown, asserted or unasserted, and regardless of whether discoverable, arising from or relating to the Member Rings that are the subject of this action and Sirabella's use of the Marks, through the date of this Final Order and Judgment on Consent, provided, however, that (a) CAPS, its Members and/or their respective teams, leagues, organizations and/or collegiate institutions retain the right to commence a proceeding to enforce any provision of this Final Order and Judgment on Consent; (b) this release shall be null and void in the event that (i) any of the representations Sirabella has made regarding the accuracy of the books and records surrounding his sales of Member Rings are discovered to have been false or misleading; or (ii) Sirabella has not delivered to CAPS all inventory, specimens and/or samples of the Member Rings covered by Paragraph 1 above not previously sold to consumers as of the date of this Final Order and Judgment on Consent.

5.     IT IS FURTHER ORDERED that in the event CAPS, its Members and/or any of their respective teams, leagues, organizations and/or collegiate institutions

4

commences any proceeding to enforce any provision of this Final Order and Judgment on

Consent and a Court finds a violation has occurred, CAPS, its Members and their

respective teams, leagues, organizations and/or collegiate institutions shall be entitled to

recover, in addition to any other remedies, damages or sanctions, reasonable attorneys'

fees and costs.

      6.    IT IS FURTHER ORDERED that this action, including all claims,

counterclaims or other pleadings herein, shall be dismissed with prejudice.

Dated:  Boston, Massachusetts
        May __, 2013

                       STEPHEN D. SIRABELLA

                       By _____
                         Stephen D. Sirabella
                         35 Northhampton Street #1001
                         Boston, MA 02118
                         Tel.: (617) 437-9001

Dated:  New York, New York
        May ___, 2013
           June 4,

                       COALITION TO ADVANCE THE PROTECTION
                       OF SPORTS LOGOS d/b/a CAPS

                       By _____
                         Bruce P. Keller (BBO # 264980)
                         DEBEVOISE & PLIMPTON LLP
                         919 Third Avenue
                         New York, New York 10022
                         Tel.: (212) 909-6000

IT IS SO ORDERED:

_____

Honorable George A. O'Toole Jr.
United States District Judge

Dated: Sept. 10, 2013
        Boston, Massachusetts

6

# EXHIBIT A



CLC COMPANY

# The Collegiate Licensing Company
# CLC Partner Institutions
**(As of January 1, 2013)**

The U of Alabama (Tuscaloosa, AL)
U of Alaska (Anchorage, AK)
U of Alaska Anchorage (Anchorage, AK)
The U of Arizona (Tucson, AZ)
Arizona State U (Tempe, AZ)
U of Arkansas Fayetteville (Fayetteville, AR)
Arkansas State University (Jonesboro, AR)
Auburn University (Auburn, AL)
Boise State University (Boise, ID)
Boston College (Chestnut Hill, MA)
Boston University (Boston, MA)
Bowling Green State Univ (Bowling Green, OH)
Brigham Young University (Provo, UT)
U of California Berkeley (Berkeley, CA)
U of California, Davis (Davis, CA)
U of California, Los Angeles (Los Angeles, CA)
California Polytechnic State U (San Luis Obispo, CA)
California State U Northridge (Northridge, CA)
California State Univ. Sacramento (Sacramento, CA)
U of Central Florida (Orlando, FL)
Central Washington University (Ellensburg, WA)
U of Cincinnati (Cincinnati, OH)
The Citadel (Charleston, SC)
Clemson University (Clemson, SC)
University of Colorado (Boulder, CO)
Colorado State University (Fort Collins, CO)
U of Connecticut (Storrs, CT)
Cornell University (Ithaca, NY)
U of Delaware (Newark, DE)
Drexel University (Philadelphia, PA)
Duke University (Durham, NC)
East Carolina University (Greenville, NC)
Eastern Illinois University (Charleston, IL)
Eastern Kentucky University (Richmond, KY)
Eastern Michigan University (Ypsilanti, MI)
U of Florida (Gainesville, FL)
Florida A&M University (Tallahassee, FL)
Florida State University (Tallahassee, FL)
Fresno State (Fresno, CA)
Furman University (Greenville, SC)
George Mason University (Fairfax, VA)
The George Washington University (Washington D.C.)
Georgetown University (Washington D.C.)
U of Georgia (Athens, GA)
Georgia Institute of Technology (Atlanta, GA)
Georgia State University (Atlanta, GA)
Gonzaga University (Spokane, WA)
Grambling State University (Grambling, LA)
Hofstra University (Hempstead, NY)
Howard University (Washington, DC)
U of Idaho (Moscow, ID)
Idaho State University (Pocatello, ID)
U of Illinois (Champaign, IL)
U of Illinois Alumni Association (Urbana, IL)

James Madison University Foundation (Harrisonburg, VA)
University of Kansas (Lawrence, KS)
U of Kentucky (Lexington, KY)
University of Louisiana at Lafayette (Lafayette, LA)
University of Louisiana at Monroe (Monroe, LA)
Louisiana State University (Baton Rouge, LA)
Louisiana Tech University (Ruston, LA)
University of Louisville (Louisville, KY)
Marquette University (Milwaukee, WI)
Marshall University (Huntington, WV)
U of Maryland (College Park, MD)
McNeese State University (Lake Charles, LA)
The U of Memphis (Memphis, TN)
U of Miami (Coral Gables, FL)
The U of Michigan (Ann Arbor, MI)
Middle Tennessee State University (Murfreesboro, TN)
U of Minnesota (Minneapolis, MN)
U of Mississippi (University, MS)
U of Missouri (Columbia, MO)
Missouri State U (Springfield, MO)
The U of Montana (Missoula, MT)
The U of Montana-Western (Dillon, MT)
Montana State University (Bozeman, MT)
Montana State U-Billings (Billings, MT)
Montana State U-Great Falls (Great Falls, MT)
Montana State U-Northern (Havre, MT)
Morgan State University (Baltimore, MD)
U of Nebraska (Lincoln, NE)
U of Nevada (Reno, NV)
U of New Hampshire (Durham, NH)
The U of New Mexico (Albuquerque, NM)
New Mexico State University (Las Cruces, NM)
New York University (New York, NY)
University at Albany SUNY (Albany, NY)
U of North Carolina (Chapel Hill, NC)
The U of North Carolina, Charlotte (Charlotte, NC)
The U of N Carolina at Greensboro (Greensboro, NC)
U of North Texas (Denton, TX)
Northern Arizona University (Flagstaff, AZ)
U of Northern Colorado (Greeley, CO)
Northwestern University (Evanston, IL)
University of Notre Dame (Notre Dame, IN)
The U of Oklahoma (Norman, OK)
Oklahoma State University (Stillwater, OK)
Old Dominion University (Norfolk, VA)
Oregon State University (Corvallis, OR)
U of the Pacific (Stockton, CA)
The Pennsylvania State U (University Park, PA)
Pepperdine University (Malibu, CA)
U of Pittsburgh (Pittsburgh, PA)
Portland State University (Portland, OR)
Providence College (Providence, RI)

*Continued on next page.*

## The Collegiate Licensing Company
### CLC Institutions (continued)

Purdue University (West Lafayette, IN)
The U of Rhode Island (Kingston, RI)
Rice University (Houston, TX)
Rutgers University (New Brunswick, NJ)
Saint Joseph's University (Philadelphia, PA)
Saint Louis University (St. Louis, MO)
San Diego State University (San Diego, CA)
San Jose State University (San Jose, CA)
Santa Clara University (Santa Clara, CA)
U of South Carolina (Columbia, SC)
University of South Florida (Tampa, FL)
Southern Illinois University (Carbondale, IL)
Southern Methodist University (Dallas, TX)
Southern University (Baton Rouge, LA)
Southern Utah University (Cedar City, UT)
Spelman College (Atlanta, GA)
St. Cloud State University (St. Cloud, MN)
Stanford University (Stanford, CA)
Stephen F. Austin State University (Nacogdoches, TX)
Syracuse University (Syracuse, NY)
Temple University (Philadelphia, PA)
U of Tennessee Chattanooga (Knoxville, TN)
U of Tennessee Knoxville (Knoxville, TN)
U of Tennessee at Martin (Knoxville, TN)
U of Tennessee Memphis (Knoxville, TN)
The U of Texas at Austin (Austin, TX)
The U of Texas El Paso (Austin, TX)
Texas A&M U (College Station, TX)
Texas Christian University (Fort Worth, TX)
Texas State University-San Marcos (San Marcos, TX)
Texas Tech University (Lubbock, TX)
The U of Toledo (Toledo, OH)
Tulane University (New Orleans, LA)
The U of Tulsa (Tulsa, OK)
Tuskegee University (Tuskegee Institute, AL)
U.S. Air Force Academy (USAF Academy, CO)
U.S. Military Academy (West Point, NY)
U of Utah (Salt Lake City, UT)
Utah State University (Logan, UT)
Vanderbilt University (Nashville, TN)
Villanova University (Villanova, PA)
The U of Virginia (Charlottesville, VA)
Virginia Commonwealth University (Richmond, VA)
Virginia Polytechnic Institute and State U (Blacksburg, VA)
Wake Forest University (Winston-Salem, NC)
University of Washington (Seattle, WA)
Washington State University (Pullman, WA)
Wayne State University (Detroit, MI)
Weber State University (Ogden, UT)
West Virginia University (Morgantown, WV)
Western Kentucky University (Bowling Green, KY)
Western Washington University (Bellingham, WA)
U of Wisconsin (Madison, WI)
The U of Wyoming (Laramie, WY)

### Conferences

America East Conference (Boston, MA)
Atlantic Coast Conference (Charlotte, NC)
Big 12 Conference (Dallas, TX)
Conference USA (Irving, TX)
Mountain West Conference (Colorado Springs, CO)
Southeastern Conference (Birmingham, AL)
Southern Conference (Spartanburg, SC)
Sun Belt Conference (New Orleans, LA)
Western Athletic Conference (Englewood, CO)

### Bowls

AdvoCare V100 Independence Bowl (Shreveport, LA)
Allstate Sugar Bowl (New Orleans, LA)
AT&T Cotton Bowl (Dallas, TX)
BBVA Compass Bowl (Birmingham, AL)
Beef 'O' Brady's Bowl (St. Petersburg, FL)
Belk Bowl (Charlotte, NC)
Bell Helicopter Armed Forces Bowl (Ft. Worth, TX)
Bridgepoint Education Holiday Bowl (San Diego, CA)
Capital One Bowl (Orlando, FL)
Chick-Fil-A Bowl (Atlanta, GA)
Discover Orange Bowl (Miami, FL)
Discover BCS National Championship Game (Miami, FL)
Franklin American Mortgage Music City Bowl (Nashville, TN)
Gildan New Mexico Bowl (Albuquerque, NM)
Heart of Dallas Bowl (Dallas, TX)
Hyundai Sun Bowl (El Paso, TX)
Kraft Fight Hunger Bowl (San Francisco, CA)
MAACO Las Vegas Bowl (Las Vegas, NV)
Meineke Car Care Bowl of Texas (Houston, TX)
R & L Carriers New Orleans Bowl (New Orleans, LA)
Rose Bowl presented by VIZIO (Pasadena, CA)
Russell Athletic Bowl (Orlando, FL)
San Diego County Credit Union Poinsettia Bowl (San Diego, CA)
Sheraton Hawaii Bowl (Honolulu, HI)
Taxslayer.com Gator Bowl (Jacksonville, FL)
Valero Alamo Bowl (San Antonio, TX)

### Other Collegiate Properties

Bowl Championship Series
Chick-fil-A Kickoff Classic
Florida Citrus Sports
The Heisman Trophy Trust
National Association of Collegiate Athletic Directors of Athletics (NACDA)
National Collegiate Athletic Association (NCAA)
National Invitational Tournament (NIT)
State Farm Bayou Classic (New Orleans, LA)
Florida Classic presented by State Farm (Orlando, FL)



# OFFICIAL MAJOR LEAGUE BASEBALL PRODUCTS
## AMERICAN LEAGUE

● CLUBS THAT HAVE CHANGES DURING 2013 SEASON



## 2012-13 NBA Logos

    

**Atlantic Division**

    

**Southwest Division**

   

**Southeast Division**

   

**Pacific Division**

    

**Central Division**

    

**Northwest Division**

    

### NATIONAL BASKETBALL ASSOCIATION 2012-2013 TEAM LOGOS

| NBA 2012-2013 Secondary Logos | NBA 2012-2013 Partial Logos |
|---|---|

**NBA 2012-2013 Secondary Logos**

Atlantic Division
    

**NBA 2012-2013 Partial Logos**

Atlantic Division
      

Central Division
    

Central Division
    

Southeast Division
    

Southeast Division
    

Southwest Division
   

Southwest Division
  

Northwest Division
  

Northwest Division
      

Pacific Division
    

Pacific Division

## ONE COLOR PRIMARY MARKS
### FOR LIGHT BACKGROUNDS 2013







| EAST DIVISION | NORTH DIVISION | SOUTH DIVISION | WEST DIVISION | EAST DIVISION | NORTH DIVISION | SOUTH DIVISION | WEST DIVISION |
|---|---|---|---|---|---|---|---|



 **FULL COLOR PRIMARY LOGOTYPE**
**FOR LIGHT BACKGROUNDS 2013** 

| EAST DIVISION | NORTH DIVISION | SOUTH DIVISION | WEST DIVISION | EAST DIVISION | NORTH DIVISION | SOUTH DIVISION | WEST DIVISION |
|---|---|---|---|---|---|---|---|
| BILLS | RAVENS | TEXANS | BRONCOS | COWBOYS | BEARS | FALCONS | CARDINALS |
| Dolphins | BENGALS | COLTS | CHIEFS | GIANTS | LIONS | CAROLINA PANTHERS | Rams |
| Patriots | CLEVELAND BROWNS | JAGUARS | | EAGLES | PACKERS | SAINTS | 49ERS |
| JETS | Steelers | TITANS | CHARGERS | REDSKINS | VIKINGS | Buccaneers | SEAHAWKS |

## NHL LEAGUE AND TEAM PRIMARY LOGOS – (2012-2013 Season)

| | | | |
|---|---|---|---|
| ANAHEIM DUCKS | BOSTON BRUINS | BUFFALO SABRES | CALGARY FLAMES |
| CAROLINA HURRICANES | CHICAGO BLACKHAWKS | COLORADO AVALANCHE | COLUMBUS BLUE JACKETS |
| DALLAS STARS | DETROIT RED WINGS | EDMONTON OILERS | FLORIDA PANTHERS |
| LOS ANGELES KINGS | MINNESOTA WILD | MONTREAL CANADIENS | NASHVILLE PREDATORS |
| NEW JERSEY DEVILS | NEW YORK ISLANDERS | NEW YORK RANGERS | OTTAWA SENATORS |
| PHILADELPHIA FLYERS | PHOENIX COYOTES | PITTSBURGH PENGUINS | SAN JOSE SHARKS |
| ST. LOUIS BLUES | TAMPA BAY LIGHTNING | TORONTO MAPLE LEAFS | VANOUVER CANUCKS |
| WASHINGTON CAPITALS | WINNIPEG JETS | NHL SHIELD | STANLEY CUP |

# EXHIBIT B

# Sports1Stop

HOME    ABOUT US    PREMIUM COLLECTION    CLASSIC COLLECTION    STORE

# Welcome to Sports1Stop

your home for custom made sports jewelry

## Championship Sports Rings

If you're lucky enough to find an authentic championship sports ring made with solid gold and real diamonds you can expect to pay from $10,000 to as much as $100,000 or more. Solid gold rings with high grade cubic zirconium stones will cost several thousand dollars. There is an alternative. Sports1Stop proudly offers the highest quality championship rings available anywhere at a fraction of the cost. You would be hard pressed to tell the difference between our rings and the real deal. The rings from our premium collection are highly polished with 18K white/yellow gold plating with the finest quality cubic zirconium stones available. Utilizing the same technique used for diamond engagement rings all stones are individually prong set so each stone is held securely in place while allowing maximum light to pass through. It takes a jewelers loupe and a trained eye to tell the difference between the highest grade CZ stones and real diamonds. Unlike most ordinary jewelry championship sports rings have deep 3D engravings with very fine detail. Our rings are created by skilled craftsman using molds made by advanced computerized laser technology giving great depth and clarity to the engravings.

Contact us for additional information.

866-435-1350

info@sports1stop.com

# Sports1Stop

HOME      ABOUT US      PREMIUM COLLECTION      CLASSIC COLLECTION      STORE

Sports1Stop specializes in custom made sports jewelry. Our handcrafted championship sports rings can be made for one person or for an entire team. Our rings, cufflinks or other jewelry are made from jewelers grade alloys, brass or 925 silver with gold/rhodium plating. Our jewelry is skillfully crafted using the finest grade cubic zirconium stones available. Custom made jewelry can also be made with 10K, 14K, or 18K gold or platinum with real diamonds or other precious or semi-precious stones.

We are currently offering a line of custom made professional sports championship rings that may be worn or displayed, it's a great way to remember your team and their special championship year. Click our "Premium Collection" and "Classic Collection links to see rings currently offered.

Contact us for additional information.

866-435-1350

info@sports1stop.com

# Sports1Stop



## Championship Rings

### Premium Collection

The pictures below represent the actual ring you will receive.

Detroit Red Wings 2002 Stanley Cup Champions

The Detroit Red Wings 2002 Stanley Cup  championship ring is at or near the top of the list for the most beautiful Stanley Cup championship rings. This ring is plated and polished with an 18K rose gold finish which is unique to championship rings. The stunning Red Wings logo is made with high quality ruby red gemstones. The logo sits on top of a cubic zirconium studded Stanley Cup including square cut CZ stones around the Cup where the players names would be engraved. All engravings are deep and clear. Our ring bears the name of Red Wings Captain Steve Yzerman. The ring looks just like the ring given to the 2002 Red Wings.

Click any ring picture for an enlarged view.

    

Pittsburgh Penguins 2009 Stanley Cup Champions

It's no secret Stanley Cup championship rings take first place among all championship rings. The Pittsburgh Penguins 2009 Stanley Cup championship ring is one of the very best of them. The Penguins logo is a real eye catcher as it sits on the Stanley Cup covered with sparkling cubic zirconium stones. All CZ stones are individually prong set. The ring is 18K white gold plated giving it a beautiful high luster finish. There is yellow gold plating on the base of the Penguins logo. The ring bears the name of Sidney Crosby his number "87", the logos and series scores of the teams they defeated to win the Stanley Cup. The other side has three Stanley Cups representing their 1991, 1992 and 2009 Stanley Cup championships. This is a beautiful recreation of the Penguins 2009 championship ring.

Click any picture for an enlarged view.



## New Jersey Devils 2003 Stanley Cup Champions

This ring has been designed to look just like the official New Jersey Devils 2003 Stanley Cup championship ring. The NJ logo on the crest of the ring is made from high quality ruby red gemstones. The remainder of the crest is covered with AAA quality prong set cubic zirconium stones. On one side the ring has the name of future Hall of Fame goaltender Martin Brodeur with his jersey # 30. Under his name are the Stanley Cup winning years 1995 and the playoffs road winning record 10-1. 2000 with a the playoffs road record of 10-1 and in the middle encircled with Western Conference vs Eastern Conference is the year 2003 and their amazing playoff home record 12-1. Across the circle is a "Stanley Cup" banner and the NHL log. The other side has the 3 Stanley cups and their winning years. The ring is 18K gold plated.

Click any picture for an enlarged view.



## Chicago Blackhawks 2010 Stanley Cup Champions

On the crest of this magnificent Stanley Cup Championship ring is the Chicago Blackhawks logo sitting on top of the cubic zirconium studded Stanley Cup. The Indian head logo contains 4 brilliant marquise cut CZ stones. The remainder of the crest and upper sides are covered with CZ stones each one meticulously placed and prong set. The sides of the rings crest has a very deep and clear engraving of STANLEY CUP CHAMPIONS. On one side is the name TOEWS for team Captain Jonathan Toews along with his jersey #19. The crossed tomahawks logo has 2 emerald color pear shaped CZ's and baguette cut ruby red gemstones. The other side features a CZ studded Stanley Cup and the words "ONE GOAL", the motto for the teams 2010 season. Other engravings include the other championship winning years, 1061, 1938 and 1935. This recreation has been designed to look like the real deal.

Click any picture for an enlarged view.



## New York Giants 2011 Super Bowl Champions

Every few years a very different and very special championship ring comes along. Such is the case with the New York Giants Super Bowl XLVI championship ring. This ring looks just like the ring offered to the players, coaches and team personnel. It is 18K white gold plated and has the highest grade cubic zirconium stones available. The top of the ring has 4 Vince Lombardi trophies topped off with sparkling marquis cut CZ stones of course representing their 4 championship years. The ring bears the name of none other than Eli Manning with his jersey number inside the Giants logo, below that is EST 1925 followed by Super Bowl championship years 1986 & 1990. The other side has their other 2 Super Bowl winning years 2007 & 2011, under the large Giants logo is the winning score NYG 21, NE 17. Below the score is the words Super Bowl XLVI followed by the NFL logo. This ring leaves no detail left out, it even includes coach Coughlin's mantra "All In" and "Finish" engraved just like the original. All engravings are deep and clear.

Click any ring picture for an enlarged view.

    

## Boston Bruins 2011 Stanley Cup Champions

The Boston Bruins 2011 Stanley Cup Championship ring is one of the most beautiful Stanley Cup rings ever designed. The ring is 18K white gold and yellow gold plated and it contains 268 AAA grade cubic zirconium stones. The top of the ring speaks for itself with the B's logo on top of the Stanley Cup with sparkling CZ stones everywhere. One side has name "CHARA" for team Captain Zdeno Chara and his jersey number "33". In the middle is a yellow gold plated Bruins logo with the Bear and Boston underneath. There are three CZ stones on each side of the logo representing the Bruins six Stanley Cup winning years. On the other side is a CZ studded Stanley Cup with the six years winning years. Year 2011 at the top is yellow gold plated giving contrast to the white gold plating for the other years.

Click any ring picture for an enlarged view.

    

## 1972 Boston Bruins Stanley Cup Champions

The 1972 "Big Bad Bruins" Stanley Cup Championship ring has been custom made by Sports 1 Stop. The name "Bobby Orr and the Big, Bad Bruins" was coined by Stan Fischler in his book in 1969. Since then "Big Bad Bruins" has become a household name throughout the hockey world. The ring is identical to the 1972 Stanley Cup ring awarded to the players and coaches accept rather than bearing the name of just one of the Bruins this ring represents the entire "Big Bad Bruins" team. The ring is 18K white gold plated and contains 17 large cubic zirconium stones. These CZ stones are the highest quality available anywhere. This is an awesome ring for Boston Bruins fans and sports memorabilia collectors.

Click any ring picture for an enlarged view.

    







### Boston Celtics 2008 NBA World Champions

This Boston Celtics 2008 NBA Championship ring has been custom made for the #1 fan. The ring is 18K white gold plated with AAA grade cubic zirconium stones. The cloverleaf logo is made from rich dark green CZ stones sitting on a bed of 48 brilliant clear CZ stones, each of two of the top sides have an additional 8 CZ stones. On one side is "Banner 17" representing the teams 17 world championships followed by one the Celtics logos and numbers "66 – 16" representing their winning record in the 2007-2008 winning season. The other side is "#1 Fan" with the Celtics cloverleaf logo. The contrast of the dark green cloverleaf stones sitting on top of the clear CZ stones and white gold plating make this ring a real standout.

Click any ring picture for an enlarged view.







### Boston Red Sox 2007 World Champions

The top of the Boston Red Sox 2007 World Series Championship is of course the Red Sox logo, the sox are placed on a baseball diamond platter with several cubic zirconium Stones. Around the perimeter of the top are 32 grade AAA CZ stones each one set by hand. One side of the ring bears the name of none other than Red Sox slugger David Ortiz engraved as "ORTIZ". Under "ORTIZ" is an exquisitely detailed engraving of the Commissioner's Trophy. The other side includes "7th World Series Championship" followed by an artistically engraved drawing of Fenway Park. The ring is 18K white gold plated with a highly polished finish. This beautiful ring is a real eye catcher. Whether you wear it, put it on your desk or bookshelf or anywhere else this ring is a great souvenir for any Red Sox fan or sports memorabilia collector.

Click any ring picture for an enlarged view.







### New England Patriots 2001 Super Bowl Champions

The New England Patriots 2001 Super Bowl Championship was their first of three Super Bowl victories in four years. The ring looks like the ring issued to the players and team personnel. The ring is 18K white gold plated with the highest grade cubic zirconium stones available. The top surface has many CZ stones including one brilliant marquise cut CZ stone representing the Pats first Super Bowl victory and 2 baguette cut CZ stones. The ring bears the name of none other than the Super Bowl XXXVI MVP Tom Brady and his jersey number 12. The engravings on the other side include a Vince Lombardi trophy with a marquise cut CZ stone for the football. The winning score Pats 20 and Rams 17 is also engraved. The ring has a beautiful high luster finish. It is solid throughout. This is a skillfully crafted ring with fine detailed engravings.

Click any ring picture for an enlarged view.

    

### New England Patriots 2004 Super Bowl Champions

The New England Patriots 2004 Super Bowl Championship ring is truly in a class of its own. The ring features 3 large football shaped AAA grade cubic zirconium stones representing the three years the Patriot's won the Super Bowl, 2001, 2003 and 2004. The remainder of the top of the ring is covered with the highest grade CZ stones. Each letter of the words "World Champions" is outlined with 5-10 CZ stones. The engravings on one side are "Back to Back", the year "2004", "Super Bowl XXI" surrounded by two NFL trophies, the winning score "Patriot's 24 Eagles 21" with another NFL championship trophy in the middle and on the bottom 9-0 playoffs. On the other side the engravings are "Brady', his number "12", "3 out of 4", the Football helmet surrounded by their winning years 01, 03, 04 and at the bottom "21 straight".

Click any ring picture for an enlarged view

    

### New York Yankees 2009 World Champions

The New York Yankees 2009 World Series Championship ring is an elegant design. The top of the ring has a cubic zirconium studded Yankees logo mounted on a CZ studded plate. The plate is mounted on a large Yankee blue center stone with vertical lines adding contrast to the plate and logo. The top perimeter of the ring is surrounded by CZ stones. Altogether there are 64 hand set AAA grade CZ stones that sparkle and shine and give high impact to the ring. One side of the ring has the Yankees logo with "TRADITION" engraved under it. The other side has "WORLD CHAMPIONS" at the top and a beautiful engraving of the new Yankees Stadium. Under the stadium the year "2009" followed by "UNITY". It's a stunning ring that is skillfully crafted with very clear detailed engravings. The ring is a must have for Yankees fan.

Click any ring picture for an enlarged view

    

### New York Yankees 1977 World Series Champions

The 1977 New York Yankees World Series championship was their 21st of 27. This auction is for a World Series championship ring which looks like the ring issued to the players of the great 1977 Yankees. Then ring is 18K gold plated with prong set (not glued) cubic zirconium stones on the NY logo on the top of the ring.  Most championship rings are quite large for everyday wear but this is a little smaller thus a good size for frequent wearing for men or women.

NMCLNO

Click any ring picture for an enlarged view.

    

New York Yankees 27 Time World Champions Commemorative Ring

In 1923 Yankees Stadium was built. That year behind Baseball legends Babe Ruth and Lou Gehrig the New York Yankees won their first World Series. In 2009 the new Yankees Stadium opened and again they won the World Series. In between were an unequaled 25 additional World Series championships. The New York Yankees commemorative ring has been custom made to commemorate their incredible 27 World Series championships. The top of this gorgeous ring has been designed similar to the Yankees 1955 American League Championship ring. The ring is 18K gold plated with three large and nine smaller high quality zircons in clear, ruby red and sapphire. This ring is very rare and a treasure for any Yankee fan or sports memorabilia collector. Don't miss this special offer.

Click any ring picture for an enlarged view.

    

Green Bay Packers 2010 Super Bowl Champions

The Green Bay Packers 2010 NFL World Championship ring is an extraordinary design telling a lot of history about the packers. On the corners of the rings crest are 4 huge sparkling football shaped cubic zirconium stones that represent the four Super Bowl Championships won by the packers. There are 13 large stones on the "G" representing their 13 world championships. The remainder of the top and upper perimeter is covered with beautiful CZ stones 92 of which represent the 92 years of Packers history. Like all premium class rings offered by Sports Memories each stone is AAA grade cubic zirconium and each is individually hand set and held strongly in place. The perimeter of the green "G" is yellow gold plated and the remainder of the ring is 18K white gold plated giving it high luster and a beautiful polished finish.

Click any ring picture for an enlarged view.

    

SLT

866-435-1350

info@sports1stop.com

# Sports1Stop

## Classic Collection

Click any photo for additional views and information.





















866-435-1350

info@sports1stop.com

# Sports1Stop

HOME     ABOUT US     PREMIUM COLLECTION     CLASSIC COLLECTION     STORE

View Cart

## Premium Collection



$189

10

Add to Cart



$149

Size

10

Add to Cart



$199

Size

10

Add to Cart









*2010 Stanley Cup Champions*

$189

Size

10

*Add to Cart*

*2011 Stanley Cup Champions*

$199

Size

10

Add to Cart

*1972 Stanley Cup Champions*

$149

Size

11

Add to Cart

*New York Yankees*

*1977 World Series Champions*

$139

Size

11

Add to Cart

*New York Yankees*

*2009 World Champions*

$139

Size

11

Add to Cart

*New York Yankees*

*27 World Series - Commemorative Ring*

$139

Size

11

Add to Cart

*New England Patriots*

*2001 Super Bowl Champions*

$169

11

Add to Cart

*New England Patriots*

*2004 Super Bowl Champions*

$169

Size

11

Add to Cart

*Boston Red Sox*

*2007 World Series Champions*

$139

Size

11

Add to Cart

*New York Giants*

*Green Bay Packers*

*Boston Celtics*



NMLOMO

$199   $159   $139

10   12   10

Add to Cart   Add to Cart   Add to Cart

## Classic Collection

Click any photo for additional views and information

**Arizona Cardinals**
2008 NFC Champions

**Boston Celtics**
2008 NBA World Champions

**Carolina Hurricanes**
2008 Stanley Cup Champions

$29.95   $34.95   $34.95

Add to Cart   Add to Cart   Add to Cart

**Notre Dame**

$28.95   $44.95

Add to Cart   Add to Cart

$24.95

Add to Cart



866-453-1350

info@sports1stop.com













